IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AGALEAN CLEMONS, #217604, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:09cv434-WHA |
| | ) |
| CYNTHIA S. WHEELER-WHITE, et al., | )                (WO) |
| | ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #2), entered on May 29, 2009.  No objection having been filed to the Recommendation, and it appearing to the court from an independent review of the file that the Recommendation is due to be adopted, it is hereby

ORDERED that the Recommendation of the Magistrate Judge is adopted, and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).  The clerk is DIRECTED to take all necessary steps to effect the transfer.

DONE this 23rd day June, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE